# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEROY BISHOP ) | Case No.: 1:13-cv-01348-SKO |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| CAROLYN W. COLVIN,  Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1.    Plaintiff shall file an opening brief on or before May 12, 2014;

2.    Defendant shall file a responsive brief on or before June 16, 2014, and

3.    Plaintiff may file an optional reply brief on or before July 7, 2014

IT IS SO ORDERED.


Dated:   **April 15, 2014**            _____ **/s/ Sheila K. Oberto**

UNITED STATES MAGISTRATE JUDGE