# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEROY BISHOP, <br><br>    Plaintiff, <br><br>v. <br><br>CAROLYN W. COLVIN, <br>Acting Commissioner of Social Security, <br><br>    Defendant. <br>_____/ | Case No. 1:13-cv-01348- SKO <br><br>**ORDER EXTENDING BRIEFING SCHEDULE** <br><br>(Doc. 14) |

On May 15, 2014, Plaintiff William Leroy Bishop ("Plaintiff") and Defendant Carolyn W. Colvin, as Acting Commissioner of Social Security, filed a stipulated request to extend the time to serve Plaintiff's Opening Brief for thirty (30) days. This is the parties' second stipulated request for an extension of time in this matter. The request is made to allow Plaintiff's counsel to fully research the issues presented in the claim.

The Court notes that its first Order extending the briefing schedule specified Plaintiff's Opening Brief was to be served by May 12, 2014. (Doc. 13.) However, Plaintiff did not timely file an opening brief or request an extension of time to file the brief. Although the Court will grant the parties' stipulated request, they are advised that any future failure to abide by the parties' own stipulated requests and the Court's orders regarding briefing deadlines will be viewed with disfavor.

///

As the parties requested a 30-day extension to file Plaintiff's opening brief as of May 12, 2014, the other filing deadlines will be adjusted accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted, *nunc pro tunc*, leave to file the Opening Brief on June 11, 2014;

2. The Commissioner's Response must be filed by July 14, 2014; and

3. Plaintiff may file a Reply to the Response no later than August 1, 2014.

IT IS SO ORDERED.

Dated:  **May 16, 2014**                                **/s/ Sheila K. Oberto**

                                                        UNITED STATES MAGISTRATE JUDGE