**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| WILLIAM LEROY BISHOP, ) | Case No.: 1:13-cv-01348-SKO |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| vs. ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The parties have stipulated, pursuant to Federal Rule of Civil Procedure 41(a), that this matter be dismissed with prejudice, each party to bear his or her own fees, costs, and expenses. Accordingly, this case is dismissed pursuant to the stipulation, and it shall be administratively closed.

IT IS SO ORDERED.

Dated: __June 12, 2014__         /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE